

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Darryle Brennan, Jr., Appellant

No. 06-22-00134-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 21-0177X). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment adjudicating guilt by changing the recited entry under "Statute for Offense" to "**22.021(a)(1)(B)(i), (2)(B) Penal Code**." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Darryle Brennan, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk